UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GIBBS,

    Plaintiff,

v.

OTTAWA COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants.
_____/

Case No. 1:24-cv-357

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (ECF No. 7).  On June 24, 2024, Plaintiff filed an Amended Complaint (ECF No. 12).  Because the Amended Complaint supersedes Plaintiff's earlier Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' motion to dismiss the earlier Complaint is moot.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 7) is DISMISSED as moot.

Dated:  June 27, 2024

      /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge